30302. TRICE *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of shooting at another. The evidence for the State authorized the verdict. The accused introduced no evidence, and failed to make a statement to the jury. The court did not err in overruling the motion for a new trial which contained the general grounds only.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED JANUARY 5, 1944.

*Robert T. Speer*, for plaintiff in error. *Roy Leathers, solicitor-general, J. O. Mitchell, assistant solicitor-general*, contra.

30303. TRICE *v.* THE STATE.

BROYLES, C. J. The accused was convicted of the offense of carrying about her person, and having in her manual possession, outside of her home and place of business, a pistol, without first taking out a license therefor from the ordinary of the county in which she lived. The evidence for the State amply authorized the verdict. The defendant did not introduce any evidence or make a statement to the jury. The overruling of the motion for a new trial, containing the general grounds only, was not error. *Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED JANUARY 5, 1944.

*Robert T. Speer*, for plaintiff in error. *Roy Leathers, solicitor-general, J. O. Mitchell, assistant solicitor-general*, contra.